vices Law § 384-b (*see Matter of Hailey ZZ. [Ricky ZZ.]*, 19 NY3d 422, 437-438 [2012]; *Matter of Elsa R. [Gloria R.]*, 101 AD3d 1688, 1688 [2012], *lv denied* 20 NY3d 862 [2013]). Present— Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ In the Matter of ANGELA N.S., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JULIA P., Appellant. (Appeal No. 2.) [966 NYS2d 707]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered November 23, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Joseph A.T.P. [Julia P.]* (107 AD3d 1534 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ In the Matter of CELESSA M.P.P., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JULIA P., Appellant. (Appeal No. 3.) [966 NYS2d 713]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered November 23, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Joseph A.T.P. [Julia P.]* (107 AD3d 1534 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ In the Matter of ROSEANN KILDUFF, Appellant, v ROCHESTER CITY SCHOOL DISTRICT et al., Respondents. [966 NYS2d 708]—

Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered August 3, 2012 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law without costs, the petition is granted, the determination is annulled and respondents are directed to reinstate petitioner to her position as a tenured